922 A.2d 878

**Kirsten Marie TURNER, Respondent,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

May 1, 2007.

## *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is GRANTED, and the order of the Commonwealth Court is REVERSED pursuant to *McGrory v. PennDOT*, 591 Pa. 56, 915 A.2d 1155 (2007). Jurisdiction relinquished.